[No. 41729-1-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA M. LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00543-9, David A. Nichols, J., entered November 6, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41817-3-I.    Division One.    June 7, 1999.]

STEVE BUSH, ET AL., *Appellants*, v. GARY STACK, M.D., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-05497-6, Ronald L. Castleberry, J., entered November 10, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Cox, JJ.

[No. 42896-9-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-02563-0, Deborah Fleck, J., entered June 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43389-0-I.    Division One.    June 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIM JAMES NESHEIM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04084-1, John M. Darrah, J., entered September 16, 1998. *Affirmed* by unpublished per curiam opinion.